# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Esmeralda Coniendo | Case No.: 10–31124 TEC 13 |
| Debtor(s) | Chapter: 13 |

## ORDER FOR INDIVIDUAL(S) IN CHAPTER 7 AND CHAPTER 13 CASES TO FILE REQUIRED DOCUMENTS AND NOTICE RE AUTOMATIC DISMISSAL

The debtor(s) named above failed to file the documents listed below.

* Summary of Schedules (Official Form 6)
* Statistical Summary of Certain Liabilities (Official Form 6)
* Schedule A – Real Property (Official Form 6)
* Schedule B – Personal Property (Official Form 6)
* Schedule C – Property of Claimed as Exempt (Official Form 6)
* Schedule D – Creditors Holding Secured Claims (Official Form 6)
* Schedule E – Creditors Holding Unsecured Priority Claims (Official Form 6)
* Schedule F – Creditors Holding Unsecured Nonpriority Claims (Official Form 6)
* Schedule G – Executory Contracts and Unexpired Leases (Official Form 6)
* Schedule H – Codebtors (Official Form 6)
* Schedule I – Current Income of Individual Debtor(s) (Official Form 6)
* Schedule J – Current Expenditures of Individual Debtor(s) (Official Form 6)
* Declaration Concerning Debtor's Schedules (Official Form 6)
* Statement of Financial Affairs (Official Form 7)
* Statement of Current Monthly Income and means Test Calculation (Form B22)
* Chapter 13 Plan
* A Certificate from the Approved Nonprofit Budget and Credit Counseling Agency that prior to the filing of the petition, provided the debtor services under Bankruptcy Code, Section 109(h).
*

IT IS HEREBY ORDERED that unless within **14 DAYS OF THE DATE OF THIS ORDER**, the debtor(s) file(s) the document(s) listed above, the court **MAY DISMISS** this case without further notice or hearing.

IT IS HEREBY ORDERED that unless **WITHIN 45 DAYS AFTER THE PETITION DATE**, the debtor(s) either: (a) files the documents prescribed in 11 U.S.C. §§521(a)(1); (b) files a written request under 11 U.S.C. §§521(i)(3) for additional time to do so; or (c) **OBTAINS AN ORDER** excusing the filing of the documents, **THIS CASE WILL BE AUTOMATICALLY DISMISSED**, pursuant to 11 U.S.C. §§521(I).

Dated: 4/5/10

By the Court:

Thomas E. Carlson
United States Bankruptcy Judge