HENRI E. NORRIS, ESQ, DC Bar# 370646
GEORGE HOLLAND Jr. ESQ SB#216735
**HOLLAND LAW FIRM**
1970 Broadway, Suite 1030
Oakland, CA  94612
Telephone (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE:

    ESMERALDA CONIENDO

 Debtor

Case No.   10-31124
CHAPTER 13

**APPLICATION TO EXTEND TIME FOR SUBMITTING INCOMPLETE FILINGS PERTAINING TO CHAPTER 13 BANKRUPTCY PETITION**

The Debtor, by and through Counsel of Record, now applies to the Court for an Order Extending the Time within which to submit incomplete filings, and herby represents:

1. This Chapter 13 bankruptcy was filed as a "skeleton" petition on March 31, 2010.
2. The deadline to submit the incomplete documents is April 19, 2010 per order dated April 5, 2010 (Document No. 7).
3. This office will require additional time to allow Debtor to obtain required documents, which Debtor has failed to produce timely.

4. Once Debtor produces the documents, this office will require time to adequately review the documents prior to submission.

For the foregoing reasons, Debtor and Counsel respectfully request the Court to enter an order granting Debtor until April 30, 2010 in which to submit the requirements needed to complete the petition.

DATED: April 15, 2010

                                                  Respectfully Submitted,

                                                  __/s/ George Holland Jr.__
                                                  George Holland Jr., ESQ
                                                Attorney for Debtor