LAURIE HOWELL(CA Bar No. 098785)
THE ENDRES LAW FIRM
A PROFESSIONAL CORPORATION
2121 2^(ND) STREET, SUITE C105
DAVIS, CA 95618
TELEPHONE: (530) 750-3700
FACSIMILE: (530) 750-3344

Attorneys for Movant
DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re:<br><br>ESMERALDA CONIENDO,<br><br>        Debtor.<br>_____ | **Bankruptcy No. 10-31124**<br>**Chapter 13**<br>**RS No.: LHL-023**<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>DATE: 5/17/10<br>TIME: 1:00 pm<br>CTRM: 23 |

    DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee ("Movant") moves this Court for an Order granting relief from the automatic stay in order to exercise its remedies under California law, including but not limited to, recovery of possession of the Property located at 429 Elm Avenue, San Bruno, CA 94066 the "Property").

    This Court has jurisdiction over this matter pursuant to 11 U.S.C. § 361 and § 362 and Federal Rules of Bankruptcy Procedure 4001, 9013 and 9014, and Local Bankruptcy Rules for the Northern District, Rule 4001-1. This is a core proceeding under 28 U.S.C. § 157 (b) (2).

    This motion is based upon all of the documents, records and evidence on file in the instant case together with the Notice of

Motion, this Motion, and the Declaration of David R. Endres filed and served concurrently herewith, and such additional documents, records, evidence and argument of counsel as may be presented.

Movant is the owner of the Property, having obtained title to the Property through a lawful foreclosure proceeding under California Civil Code § 2924. A Trustee's Deed Upon Sale conveying title to the Property to Movant was executed and delivered to Movant on 3/19/10.

Movant served Debtor with a Notice to vacate the Property on 3/23/10.

On 3/31/10, Debtor filed her petition in this case, thereby automatically staying Movant's recovery of the Property.

Movant alleges that cause exists for relief from the stay based on the fact Debtor has no equity or interest in the Property as a result of the pre-petition foreclosure sale, and the Property is not available for Debtor's reorganization.

WHEREFORE, Movant prays this Court issue an Order:

A. Immediately terminating the automatic stay to permit Movant, its successors and/or assigns, for all purposes necessary under state law, permitting Movant, its successors and/or assigns, to exercise its lawful remedies under applicable non-bankruptcy law, including but not limited to the right to obtain possession of the Property; and

B. That, in the alternative, confirming that the automatic stay does not apply; and

C. In the event this Chapter 13 proceeding is converted to another Chapter, this Order be deemed binding and of full force and

effect in any such converted proceeding as to the parties herein; and

    D.    That the waiting period prescribed by Federal Rules of Bankruptcy Procedure, Rule 4001 (a) (3) be waived.

    F.    Such other and further relief as this Court deems just and proper.

THE ENDRES LAW FIRM

DATED: April 26, 2010        By: /s/ Laurie Howell
LAURIE HOWELL
Attorney for Movant
DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee

3