

Signed and Filed: June 11, 2010

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In Re: Esmeralda Coniendo          Case No.: 10-31124 TEC

ORDER FOR INDIVIDUAL(S) IN CHAPTER 7 AND CHAPTER 13 CASES TO FILE
REQUIRED DOCUMENTS AFTER CASE CONVERSION

The debtor(s) named above failed to file the documents as marked listed below:

\* Payment Advices

**IT IS HEREBY ORDERED** that unless within 14 DAYS OF THE DATE OF THIS ORDER, the debtor(s) file(s) the document(s) listed above, the court MAY DISMISS this case without further notice or hearing.

*****END OF ORDER*****

# COURT SERVICE LIST

Esmeralda Coniendo
429 Elm Avenue
San Bruno, CA 94066

Janina M. Elder
P.O. Box 158
Middletown, CA 95461

U.S. Trustee
Office of the U.S. Trustee / SF
Office of the U.S. Trustee
235 Pine St
Suite 700
San Francisco, CA 94104

George Holland, Jr.
Law Office of George Holland Jr.
1970 Broadway St. #1030
Oakland, CA 94612