Form SFOEP

# UNITED STATES BANKRUPTCY COURT
*for the*
Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br>Esmeralda Coniendo | Case No.: 10–31124 TEC 7<br>Chapter: 7 |

## ORDER EXCUSING FILING OF PAYMENT ADVICES

    Pursuant to 11 U.S.C. §§ 521(a)(1)(B), the court hereby orders that debtor need not file the payment advices specified in 11 U.S.C. §§ 521(a)(1)(B)(iv).

Dated: 6/23/10                    By the Court:

                                          Thomas E. Carlson
                                          United States Bankruptcy Judge