**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form ORA

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Esmeralda Coniendo | Case No.: 10–31124 TEC 7 |
| Debtor(s) | Chapter: 7 |

# ORDER FOR DEBTOR(S) TO APPEAR AT CONTINUED MEETING
# OF CREDITORS AND NOTICE OF INTENT TO DISMISS

1. According to the court's records, the debtor(s) in this case failed to appear at the first meeting of creditors as required by 11 U.S.C. §§341(a). A continued meeting of creditors shall be held:

| **DATE:** August 4, 2010 | **TIME:** 09:00 AM |
|---|---|
| **LOCATION:** San Francisco U.S. Trustee Off, Office of the U.S. Trustee, 235 Pine Street, Suite 850, San Francisco, CA 94104 ||

2. Debtor(s) are hereby ordered to appear at this meeting.

3. Pursuant to 11 U.S.C. §§102(1), 105(a) and 707(a), 1112(b), 1208(c) or 1307(c), this case will, absent objection by the trustee or other party in interest, be dismissed without further notice or hearing if debtor(s) fail to attend this continued meeting of creditors.

Dated: 7/22/10

By the Court:

Thomas E. Carlson
United States Bankruptcy Judge